UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 12-10775-MWF(AJWx)**                              Dated: **February 14, 2014**

Title:    Martin Vogel -*v*- PNS Stores, Inc., et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                        None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

In light of the Notice of Settlement filed February 14, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for April 7, 2014 at 11:30 a.m. If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar. All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                                Initials of Deputy Clerk    rs
CIVIL - GEN